# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**OTIS BEDWELL (#291022)**  CIVIL ACTION NO.

**VERSUS**  21-79-JWD-EWD

**JEFF LANDRY, ET AL.**

### RULING

On or about February 3, 2021, the *pro se* Petitioner, a person then confined at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana, filed this proceeding pursuant to 28 U.S.C. § 2254.[1] On March 11, 2021, the Court denied Petitioner's request to proceed *in forma pauperis* and directed him to pay the filing fee of $5.00 by April 1, 2021.[2] On March 24, 2021, the letter was returned as undeliverable with notations indicating that Plaintiff was no longer at LSP.[3]

Pursuant to Local Rule 41(b)(4) of the Court, the failure of a *pro se* litigant to keep the Court apprised of a change of address may constitute a cause for dismissal for failure to prosecute when a notice has been returned to a party or the Court for the reason of an incorrect address and no correction is made to the address for a period of thirty (30) days. As a practical matter, the case cannot proceed without an address where Petitioner may be reached and where he may receive pertinent pleadings, notices or rulings. Accordingly,

**IT IS ORDERED** that the claims of Petitioner be and are hereby **DISMISSED, WITHOUT PREJUDICE**, for failure of Petitioner to prosecute this proceeding and for failure to keep the Court apprised of a current address.

---

[1] R. Doc. 1.
[2] R. Doc. 4.
[3] R. Doc. 5.

**IT IS FURTHER ORDERED** that, on motion of Petitioner, filed within thirty (30) days, and upon a showing of good cause the Court may consider reinstatement of Petitioner's claims on the Court's Docket.  *Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on April 30, 2021.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**